

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    FEB 1 5 2005

LORETTA G. WHYTE
CLERK

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WAYNE VINCENT TROIA

Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION

NO **05-0339**

SECTION **SECT. F MAG. 2**

versus

Sergeant Dewitt Bedwell
Glenn Jambon
Mimi Schultz
Dr Woods
Harry Lee And Jefferson Parish Correctional Center
Dr Lavie

Print the full name of all defendants in
this action.
**DO NOT WRITE** *et al.*

COMPLAINT

I.    Previous Lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action or otherwise relating to your imprisonment?
Yes ( )  No (✔)

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No. 1



B.    If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.    Parties to the previous lawsuit

       Plaintiffs   _____

                     _____

       Defendants   _____

                     _____

    2.    Court (If federal court, name of the district court; if state court, name the parish.)

       _____

    3.    Docket Number _____

    4.    Name of judge to whom case was assigned _____

       _____

    5.    Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

       _____

    6.    Approximate date of filing lawsuit _____

    7.    Approximate date of disposition _____

C.    Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No ( ✔)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

2

II.   PLACE OF PRESENT CONFINEMENT: _Jefferson Parish Correctional Center_

- A.   Is there a prisoner grievance procedure in this institution?
  Yes (✓) No ( )

- B.   Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓) No ( )

- C.   If your answer is "yes",

  1.   Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

  2.   As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? ____ _Yes_ ____

- D.   If your answer is NO, explain why you have not done so: _____

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

- A.   Full Name of Plaintiff
  (First - Middle - Last) _Wayne Vincent Troia_
  Prisoner Number _1655300_
  Address _P.O.Box 388 -2AL-8 Gretna, La. 70054_
  Date of Birth _$ May, 18, 1958_
  Date of Arrest _Around Oct 11, 2003_
  Date of Conviction _None, Yet_



IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B.  Defendant _Sergeant Dewitt Bedwell_ is employed as _Classifications_ at _Jefferson Parish Correctional Center_
Address for service: _P.O. Box 388, Gretna, La 70053_

C.  Defendant _Deputy. Chief Glenn Jambon_ is employed as _Correctional Administrator_ at _Jefferson Parish Correctional Center_
Address for service: _P.O Box 388, Gretna, La 70053_

D.  Defendant _Mimi Schultz_ is employed as _R.N Medical – Administrator_ at _Jefferson Parish Correctional Center_
Address for service: _P.O Box 388, Gretna, La 70053_

E.  Defendant _Harry Lee, Jefferson Parish CC_ is employed as _Sheriff_ at _Jefferson Parish_
Address for service: _____

F.  Defendant _Dr Lavie_ is employed as _psychristist_ at _Jefferson Parish Correctional Center_
Address for service: _P.O Box 388, Gretna, La 70053_

G.  Defendant _Dr. Woods_ is employed as _Medical MD_ at _Jefferson Parish Correctional Center_
Address for service: _P.O Box 388, Gretna La, 70053_

4

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Sergeant, Dewitt Bedwell, is in Classifications should have Known where To place me. Deputy Chief- Glenn Jambon, should have, Placed me where I was surpose To be, after March 3, 04. Mimi Schultz Known About my whereabouts from the Beginning, Dr Lavie has my medical records had me placed on wrong Tears, Dr Woods, same thing plus refuce To send me To Charity hospital for Back and Arm injurys, Harry Lee, for not running Jail properly.

V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would Like the Court To bring this To Trial, I'd Like To be payed for burns, for Not getting me To Charity hospital for proper care, Mental Abuse. Also I would Like To be release, because the Jefferson Parish Correctional Center, Violated my Constitutional Rights.

5

For U.S District Court

Complaint -                              1-28-05

Harry Lee- and, Jefferson Parish Correctional Center

I feel that Harry Lee and J.P.C.C
is responsible for all my injurys.
Harry Lee, And Jefferson Parish Correctional
Center is responsible for, burns to my body
mental abuse, not having me sent to
hospital for proper care. I would not
have any of this if place on right tear
from the beginning.

Wayne Trovi
# 16553300

_for U.S District Court_

_Complaint_        1-28-05


_DeFendAnt - Sergeant Dewitt Bedwell_

Sergeant Bedwell works in classifications, at Jefferson Parish Correctional Center. On March-3-04 when I was Found incompitent To stand Trail, he should have known To place me on medical Tear. However he Failed To do that. Now I have sufferd burns To my body, Mental Abuse. I'm stating this claim For the U.S District Court.


Wayne Trova
#16663300

For U.S District Court

Complaint-                              1-28-05

Correctional Administrator
Deputy Chief Glenn Jambon

   Deputy Chief Glenn Jambon Failed
Failed To place me on medical Tear, After
I was Found incompetent March 3, 2004,
Do To not placeing me on the
medical Tear, I was badly burn on
4CB-7A. Now I'm suffering with scars
on my body, and mental Abuse. I was
not Treated at the Hospital, For back
injurys or arm. Told medical doctors
but got no reply. I've had surgery on
Lower back prior To coming to jail, been
on waiting List, doctors said For a year.

                              Wayne Tion
                              H 16553300

_For U.S District Court_

_Complaint-_                    1-28-05

-To Mimi Schultz, RN Medical Administrator

Mimi Schultz, As Medical Administrator
should have Known where To place me
For my protection. I should have Not
been place on 4CR-7A, because of
my incompetents. I Feel that Mimi Schultz
is responsable For my burns. Also For not
getting me To hospital For back injurys,
do To being place in a Top bed on
3AR-10-B. I was injured and not Taken
To hospital.

Wayne Troin
# 16563300

For U.S District Court

Complaint - Medical, Dr Woods        1-28-05

I have Told Dr Wood everytime he seen me, that I had Lower back surgery. And was Awaiting Arm surgery prior To Coming To Jail. Dr Woods And Doctors before him put me on medical List To go To hospital, been waiting over a year still waiting. When I was on 3AB-10B I was brought To them in a wheelchair because of back injury. I was Told I was going To the hospital For M.R.I, but never went. Now I'm still sitting here without medication, And suffering badly.

Wayne Turi
# 16553300

For U.S District Court

Complaint- Psychortist, Dr Lavie    1-28-05

When I came here I got bad panic attacks, mix emotions, couldn't sleep. Prior To coming here I was seeing Dr Ken Roy for my Problems. The medical was Told that, Then I was given my Medications. I was Taking them For over a year. When Iven doctor was Told the same thing about my medications, Dr Lavie, He Dr Lavie Took all medications away. Now I'm having bad pavic Attacks in my cell. I kept thinging everybody is Looking at me. I get scared and hide under my covers. I'm being badly mistreated by Dr Lavie.

Wayne Turin
# 16553300

## VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this _____ day of January 26 _____, 20 05.

Wayne V Triola
(Signature of Plaintiff)

01/04

6

AO 240 (EDLA Rev 8/02)

# UNITED STATES DISTRICT COURT

**Eastern District of Louisiana**

Wayne Vincent Troia #1655 3300
_____
Plaintiff

Harry Lee v. Medical dept.

Jefferson Parish Correctional Center

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

## 05-0339
## SECT. F MAG.2

I, Wayne V Troia _____, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   Jefferson Parish Correctional Center

   Are you employed at the institution?   **NO**   Do you receive any payment from the institution?   **NO**

   Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?          ☐ Yes          ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   (Robert Troia) Berry Fast, closed – 8-10-89

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment          ☐ Yes          ☑ No
   b. Rent payments, interest or dividends          ☐ Yes          ☑ No
   c. Pensions, annuities or life insurance payments          ☐ Yes          ☑ No
   d. Disability or workers compensation payments          ☑ Yes          ☐ No
   e. Gifts or inheritances          ☐ Yes          ☑ No
   f. Any other sources          ☐ Yes          ☑ No

   If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive.

   Disability = $580.00 month

AO 240 Reverse (EDLA Rev 8/02)

4    Do you have **any** cash or checking or savings accounts?        ☐ Yes    ☑ No

If "Yes," state the total amount.    _____

5    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☐ Yes    ☑ No

If "Yes," describe the property and state its value.

6    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

| Name | Relationship | Amount Contributed for Support |
|---|---|---|
| Jamie Bonstaff | Son | $300.00 month |

I declare under penalty of perjury that the above information is true and correct.

_____        *Wayne Tesio*        _____
Date                                            Signature of Applicant

--------------------------------------------------------------------------------

## STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)
(To be completed by the institution of incarceration)

I hereby certify that this inmate, *Wayne V. Drota # 1655 3300* has a present inmate account balance of $ *53.23* at the *Jefferson Parish Correctional Cntr* institution. I further certify that the average monthly deposits for the preceding six months is    $ *99.17*

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six)*

I further certify that the average monthly balance for the prior six months is    $ *56.80*

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month This is to be repeated for each of the six prior months The balance from each of the six months are to be added together and the total is to be divided by six)*

*1/26/2005*        *Martha K. Melanson*
_____        _____
Date Certified                        Authorized Officer of Institution